February 3, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

FJELL TECHNOLOGY GROUP AS F/K/A FJELL INDUSTRIES, AS AND SONJA VAN UDEN, Appellants

NO. 14-14-00255-CV                    V.

UNITECH INTERNATIONAL, INC., Appellee/Cross-Appellant

V.

KRISTIAN KARLSEN, Cross-Appellee

_____

This cause, an interlocutory appeal from the order, signed March 11, 2014, granting in part and denying in part the special appearance filed by appellants Fjell Technology Group AS and Sonja van Uden and cross-appellee Kristian Karlsen, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**.

We order appellants Fjell Technology Group AS f/k/a Fjell Industries, AS and Sonja Van Uden and cross-appellant Unitech International, Inc., jointly and severally, to pay all costs incurred in the appeal.

We further order this decision certified below for observance.